# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Nora B. | District Court, Western PA | 07/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Suite 5260, US Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Highmark Inc. - salary |
| 2. 2019 | Self-Employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | 3/21/2019-3/22/19 | New York, NY | Activity of professional assoc or civic organization | travel, room & meal |
| 2. | WDPA retreat | 9/16/19-9/18/19 | Farmington, PA | Non-FJC educational seminar or program | travel, room & meal |
| 3. | Academy of Trial Lawyers Retreat | 9/25/19-9/27/19 | PA | Non-FJC educational seminar or program | travel, room & meal |
| 4. | Relativity Fest | 10/20/19-10/22/19 | Chicago, IL | Non-FJC educational seminar or program | travel, room & meal |
| 5. | CACM Meeting | 12/3/19-12/5/19 | Washington DC | Non-FJC educational seminar or program | travel, room & meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 (H) | | | | | | | | | |
| 4. - American Europacific Growth | C | Dividend | M | T | | | | | |
| 5. - Dodge & Cox Stock | D | Dividend | L | T | | | | | |
| 6. - FPA New Income | B | Dividend | L | T | | | | | |
| 7. - Fidelity Govt MMK Capital | A | Interest | J | T | | | | | |
| 8. - Champlain Small Company Fund Adv Cl | D | Dividend | L | T | | | | | |
| 9. - SouthernSun Small-cap N/C | C | Dividend | L | T | | | | | |
| 10. -T Rowe Price Real Estate Fund | D | Dividend | L | T | | | | | |
| 11. - Eaton Vance Floating Rate Advantage Adv | D | Dividend | M | T | Sold (part) | 03/25/19 | K | | |
| 12. - Loomis Sayles Bond Retail Shares | C | Dividend | L | T | | | | | |
| 13. - Vanguard Short Term Invmt Grade Investor | C | Dividend | M | T | Sold (part) | 03/25/19 | J | | |
| 14. - Vanguard Short Term Federal | C | Dividend | M | T | Sold (part) | 03/25/19 | J | | |
| 15. - Templeton Global Bond Class A | C | Dividend | K | T | | | | | |
| 16. - FPA Crescent Instl | D | Dividend | M | T | | | | | |
| 17. - Fidelity Advisors New Insights | A | Dividend | | | Sold | 09/09/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fischer, Nora B.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Metropolitan West Total Ret - I sh | C | Dividend | L | T | | | | | |
| 19. - MFS Growth I LG | B | Dividend | M | T | | | | | |
| 20. - Thornburg Strategic Inc I | C | Dividend | L | T | Sold (part) | 09/09/19 | J | | |
| 21. - Westcore International Small Cap RE | | None | L | T | | | | | |
| 22. - Osterweis Strategic Income | C | Dividend | L | T | | | | | |
| 23. - Diamond Hill Large Cap I | C | Dividend | L | T | | | | | |
| 24. - Aston/Fairpointe Mid Cap Fund Cl I | D | Dividend | L | T | | | | | |
| 25. - INVESCO Select Opportunities CL Y | C | Dividend | L | T | | | | | |
| 26. - PIMCO Foreign Bond Fund Hedged | C | Dividend | L | T | | | | | |
| 27. - JP Morgan Total Return Fund-Select | C | Dividend | L | T | | | | | |
| 28. - AMG Timesquare small cap growth | D | Dividend | L | T | | | | | |
| 29. - Ivy International Core Equity I | C | Dividend | L | T | | | | | |
| 30. - Virtus newfleet Multi-Sector Short Term | C | Dividend | M | T | | | | | |
| 31. - Thornburg Investment Income Builder | C | Dividend | M | T | | | | | |
| 32. - AB Large Cap Growth Advisor Class | C | Dividend | L | T | Buy | 09/10/19 | L | | |
| 33. - Boston Partners Global Long Short Insl | A | Dividend | L | T | Buy | 03/25/19 | K | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualified Plan #5 (H) | | | | | | | | | |
| 36. - PIMCO Foreign Bond | D | Dividend | M | T | | | | | |
| 37. - Artisan International | D | Dividend | M | T | | | | | |
| 38. - MFS International New Disc Cl A | C | Dividend | M | T | | | | | |
| 39. - Fidelity Govt MMKT Capital | A | Dividend | J | T | | | | | |
| 40. - Third Avenue Real Estate Value | D | Dividend | K | T | | | | | |
| 41. - Prime Cap Odyssey Growth Fund | D | Dividend | M | T | | | | | |
| 42. - Vanguard GNMA | C | Dividend | M | T | | | | | |
| 43. - IVA Worldwide Fund Cl A | D | Dividend | M | T | | | | | |
| 44. -Cullen High Dividend Equity I L | C | Dividend | L | T | | | | | |
| 45. - Oakmark International Small Cap | B | Dividend | L | T | | | | | |
| 46. - Scout Mid Cap DMC MB | A | Dividend | L | T | | | | | |
| 47. - Legg Mason BW Global Opportunites Bd I | B | Dividend | L | T | | | | | |
| 48. - Frost Total Return Bond Fund Intl | C | Dividend | M | T | | | | | |
| 49. - FPA New Income | B | Dividend | L | T | | | | | |
| 50. - JP Morgan Advantage Fd Select Class | D | Dividend | M | T | | | | | |
| 51. - Lord Abbett Short Duration Income Cl A | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.   - Virtus Multisector Short Term Bond Cl I | C | Dividend | M | T | | | | | |
| 53.   - Columbia Contrarian Core Fund Cl R4 | D | Dividend | M | T | | | | | |
| 54.   - Guggenheim Floating Rate Strtgs Fd Instl | D | Dividend | M | T | | | | | |
| 55.   - SIT U.S. Government Securities | B | Dividend | L | T | Sold (part) | 09/09/19 | J | | |
| 56.   - Thornburg Limited-Term Income Instl | C | Dividend | M | T | | | | | |
| 57.   - John Hancock Short Duration Opp Cl I | C | Dividend | M | T | | | | | |
| 58.   - MFS Mid Cap Value I | B | Dividend | M | T | | | | | |
| 59.   - Dean Small Cap Value No-Load | C | Dividend | L | T | | | | | |
| 60.   - Hodges Small Cap Inst | D | Dividend | L | T | | | | | |
| 61.   - Voya SmallCap Opportunities I | | | | | Sold | 09/09/19 | L | | |
| 62.   - T. Rowe Price Mid-Cap Growth Fund I Class | D | Dividend | M | T | | | | | |
| 63.   - PIMCO Income Instl | B | Dividend | M | T | | | | | |
| 64.   - BMO Pyrford International Stock Fund I | | | | | Sold | 09/09/19 | M | | |
| 65.   - JP Morgan Equity Income I | B | Dividend | L | T | | | | | |
| 66.   - PIMCO Short-Term Instl | D | Dividend | L | T | Sold (part) | 03/25/19 | K | | |
| 67.   - JP Morgan Unconstrained Debt I | C | Dividend | L | T | | | | | |
| 68.   - Baron Real Estate Inst | D | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Artisan International Value Fund Instl | C | Dividend | M | T | Buy | 09/10/19 | M | | |
| 70. - Osterweis Emerging Opportunity Fund | D | Dividend | L | T | Buy | 09/10/19 | L | | |
| 71. - Thornburg Long/Short Equity Fund Cl I | A | Dividend | K | T | Buy | 03/25/19 | K | | |
| 72. | | | | | | | | | |
| 73. Qualified Plan #8 (H) | | | | | | | | | |
| 74. - Dodge & Cox Stock | C | Dividend | M | T | Distributed (part) | 03/31/19 | K | | |
| 75. - GMO Benchmark-Free Allocation Series - C1 R6 | C | Dividend | M | T | Distributed (part) | 03/31/19 | K | | |
| 76. - BlackRock Russell 2500 Index NL - C1 F | C | Dividend | L | T | Distributed (part) | 03/31/19 | K | | |
| 77. - Harbor High Yield Bond - Retirement Class | C | Dividend | L | T | Distributed (part) | 03/31/19 | K | | |
| 78. - MFS Institutional International Equity | C | Dividend | K | T | Distributed (part) | 03/31/19 | J | | |
| 79. - Parametric Emerging Markets Collective Trust | C | Dividend | K | T | Distributed (part) | 03/31/19 | J | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. Mass Mutual Whole Life Insurance Policy | | None | L | T | | | | | |
| 83. Mass Mutual Whole Life Insurance Policy | | None | M | T | | | | | |
| 84. | | | | | | | | | |
| 85. HSA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Acclaris Inc., Cash account | A | Interest | K | T | | | | | |
| 87. | | | | | | | | | |
| 88. Trust #1 (H) | | | | | | | | | |
| 89. - T Rowe Price Intl Discovery Fund | A | Dividend | K | T | Sold (part) | 09/09/19 | J | A | |
| 90. | | | | | Sold (part) | 09/09/19 | J | A | |
| 91. - Thornburg Inv Income Builder | B | Dividend | K | T | Sold (part) | 09/09/19 | J | A | |
| 92. - Fidelity Govt MMKT Capital Reserves | A | Dividend | J | T | | | | | |
| 93. - Vanguard Interm-Term Tax-Ex | B | Dividend | K | T | Sold (part) | 03/06/19 | K | A | |
| 94. | | | | | Sold (part) | 09/09/19 | J | A | |
| 95. - Pear Tree Polaris Foreign Value Sm Cap Instl | A | Dividend | K | T | Sold (part) | 09/05/19 | J | A | |
| 96. - Thornburg Ltd Term Municipal Fd Cl A | A | Dividend | K | T | Sold (part) | 11/12/19 | J | A | |
| 97. - Adirondack Small Cap Fund | A | Dividend | J | T | Sold (part) | 11/12/19 | J | A | |
| 98. - MFS Mid Cap VAlue Fund Cl I | A | Dividend | K | T | | | | | |
| 99. - Vanguard Limited Trm Tax Exempt Inv Cl | A | Dividend | J | T | | | | | |
| 100. - Voya Midcap Opportunites Cl I | A | Dividend | J | T | Sold (part) | 04/11/19 | K | A | |
| 101. - Wells Fargo Absolute Return Inst | B | Dividend | K | T | | | | | |
| 102. - Appleseed Fund - Institutional | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Lord Abbett Intermed Tax Free Fund F | B | Dividend | K | T | Sold<br>(part) | 03/06/19 | K | A | |
| 104. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 105. | | | | | Sold<br>(part) | 11/12/19 | J | A | |
| 106.   - MFS Municipal High Income Fund Cl I | B | Dividend | K | T | Sold<br>(part) | 03/06/19 | J | A | |
| 107. | | | | | Sold<br>(part) | 09/06/19 | J | A | |
| 108.   - Oppenheimer Intl Growth Fd Y | A | Dividend | K | T | Sold<br>(part) | 09/05/19 | J | B | |
| 109.   - T Rowe Price Tax Free High Yield | B | Dividend | K | T | Sold<br>(part) | 03/06/19 | K | A | |
| 110. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 111. | | | | | Sold<br>(part) | 11/12/19 | J | A | |
| 112.   - Transamerica Intl Equity Cl I | A | Dividend | K | T | Sold<br>(part) | 09/09/19 | J | A | |
| 113.   - Vanguard Short Term Tax Exempt<br>Admiral | A | Dividend | J | T | Sold<br>(part) | 01/29/19 | J | A | |
| 114. | | | | | Buy<br>(add'l) | 03/06/19 | L | | |
| 115. | | | | | Sold<br>(part) | 04/09/19 | J | A | |
| 116. | | | | | Sold<br>(part) | 04/29/19 | J | A | |
| 117. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 118. | | | | | Sold<br>(part) | 07/08/19 | J | A | |
| 119. | | | | | Sold<br>(part) | 08/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fischer, Nora B.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 121. | | | | | Sold<br>(part) | 10/07/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 11/05/19 | J | A | |
| 123.   - Wells Fargo Short Term Muni Bond Instl | A | Dividend | J | T | Sold<br>(part) | 11/20/19 | J | A | |
| 124.   - Diamond Hill Long/Shrt Fund Cl I | B | Dividend | K | T | | | | | |
| 125.   - Paranassus Core Equity Instl | C | Dividend | K | T | Sold<br>(part) | 09/09/19 | J | A | |
| 126. | | | | | | | | | |
| 127.  Qualified Plan #10 (H) | | | | | | | | | |
| 128.   - Fidelity Govt MMKT Capital | A | Interest | J | T | | | | | |
| 129.   - Thornburg Global Oppt Fd Instl Cl | A | Dividend | J | T | Sold<br>(part) | 03/25/19 | J | | |
| 130. | | | | | Sold<br>(part) | 09/09/19 | J | | |
| 131.   - Invesco Select Opportunities Y | A | Dividend | J | T | | | | | |
| 132.   - Neuberger Berman Multi Cap Opt Intsl | B | Dividend | J | T | Buy | 04/16/19 | J | | |
| 133.   - Boston Partners Global Long Short Insl | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 134. | | | | | | | | | |
| 135.  Educational Savings (529) plan #1 (H) | | | | | | | | | |
| 136.   - AM Century Mid Cap Value 529A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Columbia Contrarion Core 529A | | None | J | T | | | | | |
| 138.  - Columbia Select LG Cap Grwth A | | None | J | T | | | | | |
| 139.  - DFA Intl Core Equity 529A | | None | J | T | | | | | |
| 140.  - FA Small Cap 529 Portfolio A | | None | J | T | | | | | |
| 141. | | | | | | | | | |
| 142.  Educational Savings (529) plan #2 (H) | | | | | | | | | |
| 143.  - AM Century Mid Cap Value 529A | | None | J | T | | | | | |
| 144.  - Columbia Contrarion Core 529A | | None | J | T | | | | | |
| 145.  - Columbia Select LG Cap Grwth A | | None | J | T | | | | | |
| 146.  - DFA Intl Core Equity 529A | | None | J | T | | | | | |
| 147.  - FA Small Cap 529 Portfolio A | | None | J | T | | | | | |
| 148. | | | | | | | | | |
| 149.  Educational Savings (529) plan #3 (H) | | | | | | | | | |
| 150.  - AM Century Mid Cap Value 529A | | None | J | T | | | | | |
| 151.  - Columbia Contrarion Core 529A | | None | J | T | | | | | |
| 152.  - Columbia Select LG Cap Grwth A | | None | J | T | | | | | |
| 153.  - DFA Intl Core Equity 529A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - FA Small Cap 529 Portfolio A | None | J | T | | | | | | |
| 155. | | | | | | | | | |
| 156. Educational Savings (529) plan #4 (H) | | | | | | | | | |
| 157.  - AM Century Mid Cap Value 529A | None | J | T | | | | | | |
| 158.  - Columbia Contrarion Core 529A | None | J | T | | | | | | |
| 159.  - Columbia Select LG Cap Grwth A | None | J | T | | | | | | |
| 160.  - DFA Intl Core Equity 529A | None | J | T | | | | | | |
| 161.  - FA Small Cap 529 Portfolio A | None | J | T | | | | | | |
| 162. | | | | | | | | | |
| 163. Educational Savings (529) plan #5 (H) | | | | | | | | | |
| 164.  - AM Century Mid Cap Value 529A | None | J | T | | | | | | |
| 165.  - Columbia Contrarion Core 529A | None | J | T | | | | | | |
| 166.  - Columbia Select LG Cap Grwth A | None | J | T | | | | | | |
| 167.  - DFA Intl Core Equity 529A | None | J | T | | | | | | |
| 168.  - FA Small Cap 529 Portfolio A | None | J | T | | | | | | |
| 169. | | | | | | | | | |
| 170. Educational Savings (529) plan #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - AM Century Mid Cap Value 529A | | None | J | T | | | | | |
| 172. - Columbia Contrarion Core 529A | | None | J | T | | | | | |
| 173. - Columbia Select LG Cap Grwth A | | None | J | T | | | | | |
| 174. - DFA Intl Core Equity 529A | | None | J | T | | | | | |
| 175. -FA Small Cap 529 Portfolio A | | None | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 07/24/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544